UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Crystal Moses</u>

           v.                          Case No. 10-cv-253-PB

<u>Mark Mele</u>


<u>ORDER</u>

Re: Document No. 10, Motion to Vacate Order Granting Motion
to Quash Subpoena

Ruling:

The parties shall meet and confer and attempt to resolve this
matter by agreement. They shall file a status report within 14
days. If the matter is not resolved by agreement, it shall be
referred to the Magistrate Judge for resolution. The Magistrate
shall consider the underlying dispute de novo.


                              <u>/s/ Paul Barbadoro</u>
                              Paul Barbadoro
                              U.S. District Judge

Date:  01/10/2011

cc:  Counsel of Record